# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---------------------------------------------------

BMO Harris Bank N.A.,                                      Case No: 0:22-cv-00435


                          Plaintiff,

                                                          **NOTICE OF APPEARANCE OF**
           vs.                                            **DEFENDANT JOHN STEDMAN**

Kenneth Kuskie, John Stedman,
Susan Stedman and Curtis A. Hayes,


                          Defendants.
---------------------------------------------------

TO:    All parties and their counsel:

       PLEASE TAKE NOTICE that the undersigned is appearing on behalf of

Defendant John Stedman in the above matter.


Dated:  04/18/2022            /s/  *James T. Martin*
                          James T. Martin (#68044)
                          Attorney for Defendant John Stedman
                          5134 Irving Avenue South
                          Minneapolis, MN  55417
                          (612) 925-2345
                          jrmartin612@gmail.com