# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

------------------------------------------------------

BMO Harris Bank N.A.,                  Case No: 0:22-cv-00435

                   Plaintiff,

                                                         **MOTION OF**
vs.                                             **DEFENDANT JOHN STEDMAN**

Kenneth Kuskie, John Stedman,
Susan Stedman and Curtis A. Hayes,

                   Defendants.

------------------------------------------------------

TO:     All parties and their counsel:

## MOTION

Pursuant to FRCP 12 (b)(6), Defendant John Stedman moves for judgment of dismissal as to all claims set forth against him in Counts IV, V, VI, and X of the Complaint on the grounds that the statutory claims set forth in Counts IV, V, and VI are barred by the provisions of Minn. Stat. §302A.551, Subd. 3(d) and that the common law breach of fiduciary duty claim set forth in Count X fails to state a claim upon which relief can be granted.

Dated: 04/18/2022                          /s/ *James T. Martin*
                                                       James T. Martin (#68044)
                                                       Attorney for Defendant John Stedman
                                                       5134 Irving Avenue South
                                                       Minneapolis, MN  55417
                                                       (612) 925-2345
                                                       jrmartin612@gmail.com