## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| BMO Harris Bank N.A., | Case No. 22-cv-435 (KMM/TNL) |
| Plaintiff, | |
| v. | **MEET AND CONFER STATEMENT** |
| Kenneth Kuskie, John Stedman, Susan Stedman, and Curtis A. Hayes, | |
| Defendants. | |

I, Christopher W. Boline, hereby certify pursuant to Local Rule 7.1(a) that I met and conferred with counsel for Plaintiff BMO Harris Bank N.A. via telephone on April 6, 2022, regarding Defendant Susan Stedman's Motion to Dismiss. As a result of the meet-and-confer efforts, the parties:

Do **not** agree on the resolution of any part of the motion.

**FELHABER LARSON**

Dated: April 19, 2022    By: /s/ Christopher W. Boline
Daniel R. Haller (#396497)
Christopher W. Boline (#393558)
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
P: (612) 339-6321
F: (612) 338-0535
dhaller@felhaber.com
cboline@felhaber.com

***Attorneys for Defendant Susan Stedman***

1

3677792.v1