# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BMO Harris Bank N.A., | Case No.  22-cv-435 (KMM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Kenneth Kuskie, John Stedman, Susan Stedman, and Curtis A. Hayes, | |
| Defendants. | |

This matter came on for hearing before the Honorable Kate M. Menendez, United States District Judge, on Defendant Susan Stedman's Motion to Dismiss (ECF No. 21.) Based upon all the files, memoranda, records, and proceedings herein,

**IT IS HEREBY ORDERED** that judgment be entered as follows:

1. Defendant Susan Stedman's Motion to Dismiss is **GRANTED** in its entirety;

2. Plaintiff BMO Harris Bank, N.A.'s claims against Susan Stedman are **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

**THERE BEING NO JUST REASON FOR DELAY, LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated:

_____
The Honorable Kate M. Menendez
United States District Judge

1

3677794.v1