## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| BMO Harris Bank N.A., | Case No. 22-cv-435 (KMM/TNL) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE**<br>**BY EMAIL** |
| Kenneth Kuskie, John Stedman, Susan Stedman, and Curtis A. Hayes, | |
| Defendants. | |

I certify that on April 19, 2022, I caused the following documents:

1. **Susan Stedman's Notice of Hearing on Motion to Dismiss;**
2. **Susan Stedman's Motion to Dismiss;**
3. **Susan Stedman's Memorandum of Law in Support of Motion to Dismiss (w/ Rule 7.1 Word Count Compliance);**
4. **Meet and Confer Statement; and**
5. **[proposed] Order**

to be served by email on the following:

**Janel M. Dressen**
jdressen@anthonyostlund.com

**Joseph R. Richie**
jrichie@anthonyostlund.com.

1

3677795.v1

2

**FELHABER LARSON**

Dated: April 19, 2022                    By:  _____

Daniel R. Haller (#396497)
Christopher W. Boline (#393558)
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
P: (612) 339-6321
F: (612) 338-0535
dhaller@felhaber.com
cboline@felhaber.com

*Attorneys for Defendant Susan Stedman*

3677795.v1