UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BMO Harris Bank N.A., | Case No.:   22-CV-435 (KMM/TNL) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| Kenneth Kuskie, John Stedman, Susan Stedman and Curtis A. Hayes, | |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned attorneys, Janel M. Dressen and Joseph R. Richie, of Anthony Ostlund Louwagie Dressen & Boylan P.A., enter their appearance on behalf of Defendant Kenneth Kuskie.  Please direct all future correspondence, pleadings, and communications to the undersigned attorneys.

**ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**

Dated:  April 19, 2022          By: *Joseph R. Richie*
                                     Janel M. Dressen (#302818)
                                     jdressen@anthonyostlund.com
                                     Joseph R. Richie (#400615)
                                     jrichie@anthonyostlund.com
                                 90 South 7th Street
                                 3600 Wells Fargo Center
                                 Minneapolis, MN  55402
                                 Telephone:  612-349-6969

                                 **ATTORNEYS FOR DEFENDANT KENNETH KUSKIE**