UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BMO Harris Bank N.A., | Case No.:   22-CV-435 (KMM/TNL) |
| Plaintiff, | |
| v. | **DEFENDANT KENNETH KUSKIE'S NOTICE OF HEARING** |
| Kenneth Kuskie, John Stedman, Susan Stedman and Curtis A. Hayes, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that on June 27, 2022 at 10:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, at a place to be determined by the Court, Defendant Kenneth Kuskie will move the Court for an order to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

**ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**

Dated: April 19, 2022         By: *Joseph R. Richie*
　　　　　　　　　　　　　　　　Janel M. Dressen (#302818)
　　　　　　　　　　　　　　　　jdressen@anthonyostlund.com
　　　　　　　　　　　　　　　　Joseph R. Richie (#400615)
　　　　　　　　　　　　　　　　jrichie@anthonyostlund.com
　　　　　　　　　　　　　　90 South 7th Street
　　　　　　　　　　　　　　3600 Wells Fargo Center
　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　Telephone: 612-349-6969

　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT KENNETH KUSKIE**