UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BMO Harris Bank N.A., | Case No.: 22-CV-435 (KMM/TNL) |
| Plaintiff, | |
| v. | **DEFENDANT KENNETH KUSKIE'S MEET & CONFER STATEMENT** |
| Kenneth Kuskie, John Stedman, Susan Stedman and Curtis A. Hayes, | |
| Defendants. | |

I, Joseph R. Richie, representing Kenneth Kuskie, hereby certify that I met and conferred with counsel for Plaintiff BMO Harris Bank N.A. by telephone on April 6, 2022, regarding Kuskie's motion to dismiss. Present on the call were Daniel Beck, Ian Rubenstrunk, Kurt Carlson, and Doug Moran representing Plaintiff, James Martin representing Defendant John Stedman, and Christopher Boline representing Defendant Susan Stedman. The parties were unable to agree on a resolution of any part of the motion.

**ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**

Dated:  April 19, 2022  By:  *Joseph R. Richie*
Janel M. Dressen (#302818)
jdressen@anthonyostlund.com
Joseph R. Richie (#400615)
jrichie@anthonyostlund.com
90 South 7th Street
3600 Wells Fargo Center
Minneapolis, MN  55402
Telephone:  612-349-6969

**ATTORNEYS FOR DEFENDANT KENNETH KUSKIE**

2