UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BMO Harris Bank N.A., | Case No.:   22-CV-435 (KMM/TNL) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT KENNETH KUSKIE'S MOTION TO DISMISS THE COMPLAINT** |
| Kenneth Kuskie, John Stedman, Susan Stedman and Curtis A. Hayes, | |
| Defendants. | |

This matter is before the Court on Defendant Kenneth Kuskie's Motion to Dismiss the Complaint [Dkt. #32].

Based upon Defendant Kuskie's Motion,

**IT IS HEREBY ORDERED** that Defendant Kuskie's Motion to Dismiss **IS GRANTED.**

The claims against Defendant Kenneth Kuskie are dismissed with prejudice.


Dated: _____, 2022          _____
                                            The Honorable Kate M. Menendez
                                            United States District Judge