UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

BMO HARRIS BANK N.A.,                                     Case No. 0:22-CV-00435

    Plaintiff,

vs.

KENNETH KUSKIE, JOHN STEDMAN,
SUSAN STEDMAN, and CURTIS A. HAYES,

    Defendants,

vs.

CAPITOL SALES COMPANY, INC.

    Third-Party Defendant.

---

### NOTICE OF APPEARANCE

---

    Please be advised that Chad A. Kelsch of Kelsch Law Firm, P.A. does hereby appear as counsel of record for Third-Party Defendant, Capitol Sales, Inc.

**KELSCH LAW FIRM, P.A.**

Date: May 12, 2022

/s/ Chad A. Kelsch
Chad A. Kelsch (MN ID #0300974)
3350 Annapolis Lane North, Suite C
Plymouth, MN 55447
Telephone: (763) 398-1676
chad@kelschlawfirm.com

Attorney for Third-Party Defendant
Capitol Sales