# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BMO Harris Bank N.A., | Case No.  22-cv-435 (KMM/TNL) |
| Plaintiff, | |
| v. | |
| Kenneth Kuskie, John Stedman, Susan Stedman, and Curtis A. Hayes, | **NOTICE OF HEARING ON SUSAN STEDMAN'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
| Defendants, | |
| v. | |
| Capitol Sales Company, Inc., | |
| Third-Party Defendant. | |

TO: PLAINTIFF BMO HARRIS BANK N.A. AND ITS ATTORNEYS OF RECORD, IAN M. RUBENSTRUNK AND KYLE R. KROLL, WINTHROP & WEINSTINE, P.A., 225 SOUTH SIXTH STREET, SUITE 3500, MINNEAPOLIS, MN 55402, AND KURT M. CARLSON AND C. DOUGLAS MORAN, CARLSON DASH, LLC, 216 S. JEFFERSON STREET, SUITE 504, CHICAGO, IL 60661.

**PLEASE TAKE NOTICE** that the undersigned, on behalf of Defendant Susan Stedman, will bring Susan Stedman's Motion to Dismiss the First Amended Complaint for hearing before the Honorable Kate M. Menendez, United States District Judge, at Courtroom 3A, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101, at a date and time to be determined.

1

**FELHABER LARSON**

Dated: June 30, 2022          By: _____
　　　　　　　　　　　　　　　　Daniel R. Haller (#396497)
　　　　　　　　　　　　　　　　Christopher W. Boline (#393558)
　　　　　　　　　　　　　220 South Sixth Street, Suite 2200
　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　P: (612) 339-6321
　　　　　　　　　　　　　F: (612) 338-0535
　　　　　　　　　　　　　dhaller@felhaber.com
　　　　　　　　　　　　　cboline@felhaber.com

*Attorneys for Defendant Susan Stedman*