# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

BMO Harris Bank N.A.,

      Plaintiff,

v.

Kenneth Kuskie, John Stedman, Susan
Stedman, and Curtis A. Hayes,

      Defendants,

v.

Capitol Sales Company, Inc.,

      Third-Party Defendant.

Case No.  22-cv-435 (KMM/TNL)

**MEET AND CONFER
STATEMENT**

I, Christopher W. Boline, hereby certify pursuant to Local Rule 7.1(a) that I met and conferred with counsel for Plaintiff BMO Harris Bank N.A. ("**Bank**") via telephone on April 6, 2022, regarding Defendant Susan Stedman's Motion to Dismiss, and that we discussed the Bank's proposed First Amended Complaint via telephone on May 4, 2022, and May 9, 2022. As a result of the meet-and-confer efforts, the parties:

Do **not** agree on the resolution of any part of the motion.

3722945.v1

2

**FELHABER LARSON**

Dated: June 30, 2022                    By: _____

Daniel R. Haller (#396497)
Christopher W. Boline (#393558)
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
P: (612) 339-6321
F: (612) 338-0535
dhaller@felhaber.com
cboline@felhaber.com

*Attorneys for Defendant Susan Stedman*

2