UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

-----------------------------------------------------

BMO Harris Bank N.A.,                                        Case No: 0:22-cv-00435

                          Plaintiff,

                                      **NOTICE OF MOTION OF**
vs.                                        **DEFENDANT JOHN STEDMAN**

Kenneth Kuskie, John Stedman,
Susan Stedman and Curtis A. Hayes,

                          Defendants.

-----------------------------------------------------

TO:    All parties and their counsel:

PLEASE TAKE NOTICE that the undersigned will bring the within Motion on for hearing before the U.S. District Court, Honorable Katherine M. Menendez presiding, at the Warren Burger Federal Courthouse at 316 North Robert Street in St. Paul, Minnesota at a date and time to be announced by the Court. Said Motions will be based on the files and proceedings herein, including, specifically, BMO's Amended Complaint filed herein on May 30, 2022.

Dated: 06/30/2022                         /s/  *James T. Martin*
                                                    James T. Martin (#68044)
                                                    Attorney for Defendant John Stedman
                                                    5134 Irving Avenue South
                                                    Minneapolis, MN  55417
                                                    (612) 925-2345
                                                    jrmartin612@gmail.com