# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# MOTION HEARING

| | |
|---|---|
| BMO Harris Bank N.A., | **COURT MINUTES** |
| Plaintiff, | BEFORE: Kate Menendez |
| v. | U.S. District Judge |
| Kenneth Kuskie, et. al., | |
| Defendants. | |

| | |
|---|---|
| Case No: | 22-cv-00435 (KMM/TNL) |
| Date: | August 17, 2022 |
| Location: | Zoom Video Conference |
| Courthouse: | Saint Paul |
| Court Reporter: | Erin Drost |
| Time Commenced: | 10:03 |
| Time Concluded: | 11:28 |
| Time in Court: | 1 hour and 25 minutes |

**APPEARANCES:**

For Plaintiffs:    C. Douglas Moran, Kyle Kroll.

For Defendants:    Joseph Richie, Chris Boline, Bryan Morben, Jim Martin, Chad Kelsch.

**HEARING ON:** Motions to Dismiss First Amended Complaint [ECF Nos. 51, 61, 76]; Motions to Dismiss Curtis Hayes' Crossclaims [ECF Nos. 56, 66, 71, 80].

**PROCEEDINGS:** The Court heard argument on Defendants' Motions to Dismiss. The motions were taken under advisement and a written order will follow.

*s/ SS*
Signature of Law Clerk

1